AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
ROBERT S. ARMSTRONG

*Defendant*

Case No. 19-5553 (KMW)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Robert S. Armstrong, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Three counts of mail fraud, in violation of 18 U.S.C. Section 1341.

Date: 06/18/2019

*Issuing officer's signature*

City and state: Camden, New Jersey

Hon. Karen M. Williams, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/18/2019, and the person was arrested on *(date)* 6/19/2019
at *(city and state)* TURNERSVILLE, NJ.

Date: 6/20/2019

*Arresting officer's signature*

ALEXANDER SYLVESTER, US POSTAL INSPECTOR
*Printed name and title*